IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DAVID S. DAVIS | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| v. | ) | |
| | ) | |
| DEEP ROCK ENERGY CORP. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AND JURY DEMAND

**NATURE OF CLAIMS**

1. This employment discrimination action is brought against Defendant Deep Rock Energy Corp. under the Civil Rights Act of 1964, as amended 42 U.S.C. section 2000e et. seq. ("Title VII"). Plaintiff alleges he was discriminated against for failing to act and appear according to expectations defined by gender. A supplemental claim is brought under the Illinois Human Rights Act, 775 ILCS 5/1 et. seq.

**THE PARTIES**

2. Plaintiff, David S. Davis, is an male who at all times relevant to this complaint was an employee of Defendant Deep Rock Energy Corp. within this judicial District.

3. Defendant Deep Rock Energy Corp, is an Illinois corporation doing business in Marion county having over 15 employees.

**JURISDICTION AND VENUE**

4. This Court has subject matter jurisdiction over Plaintiff's Title VII claim

under 28 U.S.C. sections 1331 and 1343.

5. Venue is proper in this judicial District under 28 U.S.C. section 1391(b), (c) and 42 U.S.C. section 2000e-5(f)(3) because the Defendant has offices, conducts business, and can be found in this judicial District and because the cause of action arose and the acts and omissions complained of occurred therein.

6. On February 4, 2019, the Illinois Department of Human Rights issued a Notice Of Opt Out of IDHR's Investigative and Administrative Process And As of Right To Commence An Action in Circuit Court within 95 days.

7. Plaintiff has complied with all statutory prerequisites to his claim, having filed a charge of discrimination with the Equal Employment Opportunity Commission and obtained a Notice of Right to sue letter dated February 19, 2019.

**FACTUAL ALLEGATIONS**

8. Plaintiff was hired by Deep Rock Energy Corporation as a Seismic Crew Member on or about April 9, 2018.

9. Plaintiff's principal duty as a Seismic Crew Member was to repair equipment

10. Plaintiff's performance of duty as a Seismic Crew Member met Defendant's expectations.

11. Plaintiff always presented himself as a male when at work.

12. Although a biologically a male, Plaintiff identified as a woman and sometimes dressed as a woman when not at work.

13. On July 30, 2018, Ben Webster, President of Deep Rock Energy Corporation, told Plaintiff that he heard a rumor that one of his employees dressed like a woman and asked Plaintiff if he was that employee. Plaintiff replied "yes". Whereupon Ben Webster

then told Plaintiff that Plaintiff couldn't work for him anymore because he could not have someone like that working for his company.

14. Similarly situated non-sex male/gender identity persons were not discharged under similar circumstances.

15. The unlawful employment practice complained of hereinabove was intentional.

16. The unlawful employment practice complained of hereinabove was done with malice or with reckless indifference to Plaintiff's protected rights under Federal and State law.

**COUNT I ("Title VII")**

17. Plaintiff incorporates by reference each allegation of paragraphs 1 through 16.

18. Defendant Deep Rock Energy Corporation has intentionally discriminated against Plaintiff because of sex in violation of Title VII by unlawful gender stereotyping.

WHEREFORE, Plaintiff prays that this Court enter a judgment:

    A. Declaring Defendant's actions and practices violated Title VII;

    B. Enjoining Defendant from engaging in actions or practices that discriminate against any employees or job applicants because of their gender identity;

    C. Directing Defendant to pay Plaintiff compensatory damages for emotional distress caused by Defendant;

    D. Directing Defendant to pay Plaintiff punitive damages sufficient to punish and deter continuation of Defendant's unlawful employment practices;

    E. Awarding Plaintiff back pay and front pay to make Plaintiff whole;

    F. Awarding Plaintiff reasonable attorney's fees and costs; and

    G. Awarding Plaintiff such other relief as this Court deems just and appropriate.

Plaintiff demands trial by jury.

**COUNT II ("ILLINOIS HUMAN RIGHTS ACT")**

19. Plaintiff incorporates by reference each allegation of paragraphs 1 thru 16.

20. At all relevant times, Plaintiff was an employee within the meaning of 775 ILCS 5/2-101(A).

21. At all relevant times Defendant, Deep Rock Energy Corporation, was an employer within the meaning of 775 ILCS 5/2-101(B).

22. Defendant Deep Rock Energy Corporation has discriminated against Plaintiff because of sexual orientation in violation of the Illinois Human Rights Act by unlawful gender-related identity discrimination.

WHEREFORE, Plaintiff prays that this Court enter a judgment:

    A. Declaring Defendants' actions and practices violated the Illinois Human Rights Act;

    B. Enjoining Defendant from engaging in actions or practices that discriminate against any employees or job applicants because of their sexual orientation;

    C. Directing Defendant to pay Plaintiff compensatory damages for emotional distress caused by Defendant;

    D. Directing Defendant to pay Plaintiff punitive damages sufficient to punish and deter continuation of Defendant's unlawful employment practices;

    E. Awarding Plaintiff back pay and front pay to make Plaintiff whole;

    F. Awarding Plaintiff reasonable attorney's fees and costs; and

    G. Awarding Plaintiff such other relief as this Court deems just and appropriate.

Plaintiff demands trial by jury.

Respectfully submitted,

**DAVID S. DAVIS**

s/ James A. Devine
Attorney for Plaintiff

James A. Devine
Attorney at Law
607 East Adams
Suite 1510
Springfield, Illinois 62701
voice (217) 788-0798
facsimile (217) 788-1660
email: jamesalbertdevine@gmail.com
ARDC No. 0625140