IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID S. DAVIS,

    Plaintiff,

    v.

DEEP ROCK ENERGY CORP.,

    Defendant.

Case No. 19-270 JPG/GCS

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 23). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: August 29, 2019

                                            *s/J. Phil Gilbert*
                                            UNITED STATES DISTRICT JUDGE